**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 11-cv-02044-WJM-MJW

C. KELSO KELLY,

    Plaintiff,

v.

AMFIRST FINANCIAL SERVICES, INC., a Nebraska bank holding company,
AMFIRST BANK, N.A., a national banking association

    Defendants.

---

**ORDER GRANTING JOINT MOTION TO DISMISS**

---

This matter comes before the Court on the Parties' Joint Motion to Dismiss filed June 15, 2012 (ECF No. 26). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Joint Motion to Dismiss is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay his or its own attorney's fees and costs.

Dated this 18th day of June, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge